Roland McNeil
Plaintiff
P.O. Box 57444
Salt Lake City, UT 84157
Telephone: 801-918-1233



FILED
U.S. DISTRICT COURT
2009 APR 17 P 1: 28
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROLAND McNEIL, ) | PLAINTIFF'S REQUEST FOR |
| ) | EXTENSION OF FILING |
| Plaintiff, ) | ANSWER TO DEFENDANT'S |
| ) | MOTION FOR SUMMARY |
| ) | JUDGMENT |
| vs. ) | |
| ) | Case No. 2:08-CV-00041 |
| ) | |
| KENNECOTT UTAH COPPER, CORP., a ) | |
| Delaware Corp ) | |
| ) | Judge Dale A. Kimball |
| ) | |
| Defendant. ) | |

Plaintiff, Roland McNeil request extension of filing answers to defendant's motion for summary judgment due to change of attorney.

Respectfully submitted this 17th day of April, 2009

_____
ROLAND McNEIL
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S REQUEST FOR EXTENSION OF FILING ANSWER TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT sent via US mail, postage prepaid, on this 17th day of April, 2009 to the following:

Frederick R. Thaler
David B. Dibble
Ray, Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
P.O. Box 45383
Salt Lake City, UT 84145

Dated this 17th day of April, 2009

_____
Roland McNeil

2