Roland McNeil
Plaintiff
P.O. Box 57444
Salt Lake City, UT 84157
Telephone: 801-918-1233

FILED
U.S. DISTRICT COURT

2009 MAY 18 P 2: 37

DISTRICT OF UTAH

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROLAND McNEIL, ) | PLAINTIFF'S OBJECTION |
| ) | TO MAGISTRATE JUDGE |
| ) | DENIAL FOR EXTENSION |
| Plaintiff, ) | OF TIME TO FILE RESPONSE |
| ) | TO DEFENDANT'S MOTION |
| ) | FOR SUMMARY JUDGMENT |
| vs. ) | |
| ) | Case No. 2:08-CV-00041 |
| ) | |
| KENNECOTT UTAH COPPER, CORP., a ) | |
| Delaware Corp ) | |
| ) | Judge Dale A. Kimball |
| ) | |
| Defendant. ) | |

Plaintiff Roland McNeil object to Magistrate Judge Samuel Alba's denial of extension of time to file a response to defendant's motion for summary judgment. Request for extension was originally submitted on April 17, 2009 and subsequently on April 20, 2009 requesting thirty (30) day extension.

Respectfully submitted this 18th day of May, 2009

_____
ROLAND MCNEIL
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE DENIAL FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT sent via US mail, postage prepaid, on this 18th day of May, 2009 to the following:

Frederick R. Thaler
David B. Dibble
Ray, Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
P.O. Box 45383
Salt Lake City, UT 84145

Dated this 18th day of May, 2009

_____
ROLAND MCNEIL